UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE: ) <br> ) <br> TRAYLOR MULTIMEDIA, INC.    ) <br> ) <br> DEBTOR     ) <br> ) | Chapter 11 <br> Case No. 10-15725-FJB |

### APPLICATION OF DEBTOR FOR AUTHORITY TO RETAIN
### FRASER MILNER CASGRAIN LLP AS SPECIAL COUNSEL

Traylor Multimedia, as debtor and debtor-in-possession herein (the "Debtor"), hereby requests that this Honorable Court enter an order, pursuant to section 327 of the United States Bankruptcy Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Massachusetts Local Bankruptcy Rule ("MLBR") 2014-1, authorizing the Debtor to retain Christopher McLeod and the law firm of Fraser Milner Casgrain LLP as special counsel to represent the Debtor in the matter of the Objection to Claim filed by the Debtor against Michael Olotu and John Green and WorldView Toyz ("WorldView"). The claims against WorldView are the subject of a lawsuit which is pending in the Ontario Superior Court of Justice Court File Number 09-46632. The suit was brought on October 23, 2009 and involves the Debtors claim against WorldView .

The suit has proceeded beyond pleadings and the parties are now in the process of completing examinations for discovery. The examination of Mr. Scott Traylor on behalf of Traylor Multimedia Inc. has been completed (subject to any additional questions arising from undertakings), and the examinations of Mr. Green, Mr. Olotu as individuals and on behalf WorldView Toyz are to be scheduled after special counsel is retained.

The Debtor proposes to employ as Special Counsel, Christopher McLeod and the law firm of Fraser Milner Casgrain LLP to represent the Debtor in the matter of the Ontario Superior Court of Justice Court File Number 09-46632 (the "Action"), Proposed Special Counsel is well versed in the facts and the legal issues underlying the causes of action which are the subject of the suit having represented the Debtor pre-petition in connection with the suit.

In support thereof, the Debtor respectfully represents as follows:

### Jurisdiction And Venue

1. The Court has jurisdiction over this Motion pursuant to 28 U.S.C. sections 157 and 1334.

2. Venue is proper in this District pursuant to 28 U.S.C. sections 1408 and 1409.

3. This is a "core" proceeding pursuant to 28 U.S.C. section 157(b).

### Background

4. On May 26, 2010 (the "Petition Date"), the Debtor filed its voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Massachusetts.

5. The Debtor has continued in possession of its property and has continued to operate and manage its business as a debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

6. No request has been made for the appointment of a trustee or examiner, and no official committee has yet been appointed in this case.

7. The Debtor is engaged in the business of operating a children's computer software company.

## Relief Requested

8. By this Application, the Debtor seeks to employ and retain Christopher McLeod and the law firm of Fraser Milner Casgrain LLP as special counsel in connection the Action.

9. The Debtor has selected Christopher McLeod and the law firm of Fraser Milner Casgrain LLP as its attorneys because of their knowledge of the Debtor's business and its extensive familiarity with the Debtor's business and the legal issues which arise in the context of the Christopher McLeod and the law firm of Fraser Milner Casgrain LLP having been retained in the Action since the fall of 2009.

10. Subject to this Court's approval in accordance with sections 330(a) and 331 of the Bankruptcy Code, compensation will be payable to Christopher McLeod and the law firm of Fraser Milner Casgrain LLP on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred and regularly charged by McLeod. Subject to this Court's approval, Christopher McLeod and the law firm of Fraser Milner Casgrain LLP will bill for legal services in accordance with its ordinary and customary rates in effect on the date services are rendered. Christopher McLeod and the law firm of Fraser Milner Casgrain LLP current standard hourly rates range from $350 to $500 for partners, $180 to $300 for associates, and $50 to $180 for students and paraprofessionals. Christopher McLeod, the principal attorney responsible in the Action, charges the current hourly rate of $200. Christopher McLeod's hourly rates are subject to periodic adjustments to reflect economic and other conditions.

11. The hourly rates set forth above are Fraser Milner Casgrain LLP's standard hourly rates for work of this nature. These rates are set at a level designated to fairly compensate Fraser Milner Casgrain LLP for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses.

12. It is also Fraser Milner Casgrain LLP's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone and telecopier, toll and other charges, mail and express mail charges, document retrieval, photocopying charges, travel expenses, and transcription costs. Fraser Milner Casgrain LLP will charge the Debtor for these expenses in a manner and at rates consistent with charges made generally to Fraser Milner Casgrain LLP's other clients.

13. The professional services that Fraser Milner Casgrain LLP will render to the Debtor include, but shall not be limited to, the following:

    a. providing legal advice with respect to the Debtor's rights and duties in connection with the Agreement;

    b. preparing and filing all necessary motions, notices, and other pleadings necessary in the action against WorldView Toyz et al which is now pending;

    c. performing all other legal services for the Debtor which may be necessary and proper in the proceedings before the Ontario Superior Court of Justice.

14. To the best of the Debtor's knowledge, and except as represented herein and in the attached affidavit of Christopher McLeod of the law firm of Fraser Milner Casgrain LLP (the "McLeod Affidavit"), McLeod has not represented the Debtor's creditors, or any other parties in interest in any matter relating to the Debtor or its estate except the claim against Traylor Multimedia Inc. by Fraser Milner Casgrain LLP for unpaid accounts.

15. To the best of the Debtor's knowledge, and except as disclosed in the McLeod Affidavit, McLeod does not hold or represent any interest adverse to the Debtor's estate, McLeod is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, and McLeod employment is necessary and in the best interests of the Debtor and its estate.

16. McLeod has not received a prepetition retainer in connection with its proposed postpetition representation of the Debtor. Subject to Court approval of this Application for Employment of Special Counsel a Retainer in the sum of $12,000 shall be paid, and subject to an appropriate and allowed fee application.

17. The Debtor wishes to employ Fraser Milner Casgrain LLP upon general retainer and to make interim payment for services rendered under the case management procedures set forth in Appendix 6 of the Massachusetts Local Bankruptcy Rules. Pursuant to the terms of the Debtor's engagement with Fraser Milner Casgrain LLP, special counsel will be compensated at their usual hourly rates, with fees and disbursements payable by Debtor on a monthly basis and subject to interim and final Court approval under 11 U.S.C. §330 and 331.

18. Fraser Milner Casgrain LLP will file interim fee applications not later than every four months or at such intervals as specified by the Court under Appendix 6 of the Massachusetts Local Bankruptcy Rules.

WHEREFORE the Debtor respectfully requests entry of an order substantially in the form attached hereto, authorizing the Debtor to employ and retain Christopher McLeod of the law firm of Fraser Milner Casgrain LLP as its special counsel to represent the Debtor in connection with the Action and granting such other and further relief as is just and necessary.

> Respectfully submitted,
> Traylor Multimedia, Inc.,
>
> By: _____
> Scott Traylor, Duly Authorized

Dated: August 25, 2010